## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re:  Thomas Giacchi,             :     Civil Action No. 5:14-cv-1156
               Debtor.      :
_____  :     Bankruptcy No. 12-13292
                    :
THOMAS GIACCHI,          :     Adv. No. 12-00465
            Appellant,    :
                    :
        v.              :
                    :
UNITED STATES OF AMERICA,  :
            Appellee.     :
_____

## O R D E R

     **AND NOW,** this 30th day of September, 2015, upon consideration of the Briefs of Appellant and Appellee, it is hereby **ORDERED** that the Bankruptcy Court's Order of January 9, 2014 entering judgment in favor of the Appellee, United States of America, is **AFFIRMED**, in its entirety.

     The Clerk is directed to mark this case **CLOSED**.


                              **BY THE COURT:**


                              */s/ Joseph F. Leeson, Jr.*_____
                              **JOSEPH F. LEESON, JR.**
                              **United States District Judge**